UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Civil Action No. **21-cv-01131-TJK**

**MAN AGAINST XTINCTION** as *Citizen Attorney General*

v.

MICHAEL PENTONY, ET AL. as *DefendantS*

22 February 2022

_____

MAN AGAINST XTINCTION TO JUDGE KELLY: "GO TO HELL" **FN1**
_____

The Citizen Attorney General — Man Against Xtinction — SPEAKS.

As a Citizen of the United States – I guess even for some illegal alien in the USA selling other illegal aliens as sex slaves to the highest bidding shyster  – I have the First Amendment protected authority to talk to any government employee I damn well want to talk to any time I want to do it. There is no written law of any kind that says I lose that protection just because I petition US District Court in order that I can prosecute government employees who are engaged in the criminal conduct of killing ESA Listed Species. Just like these defendants.

Yesterday Judge Kelly issued an order over the ECF that stated –

> "[I]t is FURTHER ORDERED that Plaintiff shall not direct communications about this case to any official or individual employed by a represented Defendant. Plaintiff may, of course, contact counsel for any Defendant, as appropriate. Signed by Judge Timothy J. Kelly on 2/21/2022."

I do not see any basis for him even issuing this order. I see nothing on the record where some shyster claiming to represent one of the criminal defendants complained to Kelly that I was directly communicating with one of their clients. Even if s shyster made such a complaint, "who cares?" I am sure their client is fully capable of deciding for itself whether or not it wants to talk to me or anyone else.

---

[1] The instant petition is brought pursuant to M.A.X's First Amendment's protected authority to petition the Court.

22 February 2022 "Go to Hell Judge Kelly"

The only reasonable way I can interpret the breadth of the subject matter of this order is that Kelly is ordering me not to talk to any NOAA or WINGO employee about anything to do with endangered whales and sea turtles. Considering that I need to do so as a recovery agent for endangered whales and sea turtles, and that the defendants are the #1 murders of endangered whales and sea turtles, I can state in affirmative that my compliance with this order is not going to happen. I can also state that I have zero interest in talking to their worm tongued shysters. I am never going to do so willingly in the course of these proceedings.

So, my response to Judge Kelly's order is a simple and yet respectful one.

You can go to Hell judge Kelly if you believe that I will comply with your unconstitutional act of bigotry towards me, a *pro se* petitioner seeking to stop endangered wildlife from being murdered by corrupt government and WINGO employees.

Have a nice day.

BY:

/s/ Richard Maximus Strahan
_____
Richard Maximus Strahan as Man Against Xtinction
Citizen Attorney General
83 Main Street, 6080 GSS
Durham NH 03824
617-817-4402

_____
CERTIFICATE OF SERVICE
_____

I hereby certify that a copy of this document has been served VIA the ECF filing system on this date.

_____
Richard Max Strahan, Citizen Attorney General