IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAN AGAINST XTINCTION, *a.k.a.*, M.A.X., <br><br>*Plaintiff*, <br><br>v. <br><br>MICHAEL PENTONY, in his personal capacity, BENJAMAN FRIEDMAN, in his official capacity as the Administrator of the National Oceanic and Atmospheric Administration, and JANET COIT, in her official capacity as the Assistant Administrator of the National Marine Fisheries Service, <br><br>*Federal Defendants*, <br><br>ATLANTIC STATES MARINE FISHERIES COMMISSION, DEFENDERS OF WILDLIFE, JANE DAVENPORT, AMY KNOWLTON, ARTHUR SAWYER, and NEW ENGLAND AQUARIUM, <br><br>*Defendants*. | Case No. 1:21-cv-1131-TJK |

**FEDERAL DEFENDANTS' REPLY IN SUPPORT OF**
**<u>MOTION TO STRIKE</u>**

For all the reasons provided in Federal Defendants' motion to strike (Dkt. 76), the court should strike Plaintiff's Corrected Second Amended Complaint. Plaintiff's Response brief (Dkt. 77) does not rebut Federal Defendants' arguments. For starters, Plaintiff concedes that he attempted to amend his Second Amended Complaint without seeking leave to do so. Dkt. 77 at 2. That was improper and violated Federal Rule of Civil Procedure 15(a)(1). He also violated this Court's local rules by filing the Corrected Second Amended Complaint as a partial response to

the Defendants' four motions to dismiss the Second Amended Complaint. Dkt. 77 at 2. Plaintiff is not allowed one partial response to the motions to dismiss on February 28, 2022, and another on April 4, 2022. He is allowed to file one response to each motion. L.R. 7(b). The Court should therefore strike the "Corrected Second Amended Complaint." Dkt. 73.

Plaintiff's response also includes factual inaccuracies and confirms that he is incapable of following this Court's orders. Plaintiff's claim that the instant lawsuit is the only one concerning the protection of right whales is incorrect. Dkt. 77 at 1, 3. Another lawsuit is now pending on the same subject. *Ctr. for Biol. Div. v. Raimondo*, No. 18-cv-112 (D.D.C.); Dkt. 3 (Plaintiff's notice of related case).

Moreover, Plaintiff's response only confirms that this lawsuit is ultimately a game and a vehicle for harassing, abusing, and threatening others. Dkt. 77 at 2 (Plaintiff threatening (again) to take legal action against counsel for Federal Defendants), 3 (Plaintiff employed "fun euphemism" in Second Amended Complaint when describing basis for Counts V and X against NOAA official); *see also* Dkt. 34, 36; *Man Against Xtinction v. Administrator, National Oceanic and Atmospheric Association*, No. 1:18-cv-00752 (D.N.H.) ("*Man Against Xtinction I*") (Dkt. 42) (referring to court's order dismissing part of amended complaint as "racist and discriminatory" and court as "bigoted"); *Man Against Xtinction I*, Dkt. 44 (referring to court's dismissal as "act of retributive bigotry"), *id.*, Dkt. 47 (threatening to seek recusal of judge if court did not grant his motion to vacate order dismissing two counts in amended complaint, threatening *Bivens* action against "court employees"), *id.*, Dkt. 49 (impugning integrity of judge, who, according to Plaintiff "deserves to be impeached and disbarred"), *id.*, Dkt. 53 (demanding that the court provide a "detailed written explanation why the Court FUGG me over!"); *id.*, Dkt. 54 (referring to judge as "corrupt judicial schyster"); *see also Man Against Xtinction v. Mass.*

*Exec. Off. of Energy and Environmental Affairs*, No. 1:19-cv-10639-IT (D. Mass.) (Dkt. 634). Plaintiff's response therefore demonstrates his inability to follow this Court's orders requiring him to conduct himself with civility.

## CONCLUSION

For the foregoing reasons, and for those stated in Federal Defendants' motion to strike, the Court should strike Plaintiff's "Corrected Second Amended Complaint."

Dated: February 8, 2022.   Respectfully submitted,

TODD KIM
Assistant Attorney General

SETH M. BARSKY, Chief
MEREDITH FLAX
Assistant Section Chief

*Of Counsel*

MARK CAPONE
National Oceanic and Atmospheric Administration
Office of General Counsel
Gloucester, MA

/s/ J. Brett Grosko
J. BRETT GROSKO
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0342 / (202) 353-5281 (c)
Fax: (202) 305-0275
Email: brett.grosko@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the Plaintiff, and also sent a copy of the foregoing to the Plaintiff via electronic mail (esistoo@yahoo.com).

<em>/s/ J. Brett Grosko</em><br>
J. BRETT GROSKO<br>
<em>Senior Trial Attorney</em>